# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RENARD T. POLK,<br><br>    Plaintiff,<br><br>vs.<br><br>MIRANDU DU et al.,<br><br>    Defendants. | 3:15-cv-00488-RCJ-WGC<br><br>**ORDER** |

Plaintiff Renard Polk sued several Defendants in this Court, and the Court dismissed based on immunity and other jurisdictional bars. Plaintiff appealed, but the Court of Appeals dismissed the appeal for failure to prosecute. Plaintiff has now asked the Court to reconsider dismissal, arguing that the Court should not have screened his case under 28 U.S.C. § 1915A because he is no longer a prisoner. But he listed his address as "ESP" (Ely State Prison) on the Petition, in which he listed several complaints about prison conditions, and his current address is listed as Lovelock Correctional Center. Moreover, as the Magistrate Judge correctly noted in the screening R&R, the Complaint was required to be screened under § 1915 whether or not Plaintiff was incarcerated or had anything to do with prison conditions, because he sought to proceed *in forma pauperis*.

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Vacate (ECF No. 23) is DENIED.

IT IS SO ORDERED.

DATED: This 17th day of February, 2017.

_____
ROBERT C. JONES
United States District Judge